UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RENEE BISHOP-MCKEAN,

  Plaintiff,

  v.

WASHINGTON DEPARTMENT OF
CORRECTIONS et al.,

  Defendants.

CASE NO. 3:20-CV-05416-JLR-DWC

ORDER

Plaintiff, proceeding *pro se,* filed his Third Amended Complaint (hereinafter "Complaint") on October 16, 2020.[1] Dkt. 17. On November 2, 2020, the Court directed service of Plaintiff's Complaint on the named Defendants. Dkt. 18. On January 4, 2021, counsel for Defendants Bolter, Boyce, Suarez, Wofford, Washington Corrections Center for Women ("WCC"), and Washington Department of Corrections ("DOC") filed an Answer. Dkt. 31. The same day, counsel for Defendants entered a Notice of Non-Representation of Megan Dunlap.

---

[1] Also pending is Defendants WCC and DOC's Motion to Dismiss which will be handled in a separately filed report and recommendation. *See* Dkt. 32

ORDER - 1

1  Dkt. 29. Counsel states Defendant Dunlap no longer works for the Washington DOC. Dkt. 29.

2  Counsel states service documents were mailed to Defendant Dunlap's last known address but

3  were returned with a note indicating she no longer resides there. Dkt. 29. Defendant Dunlap has

4  not been served and is not represented in this matter. Dkt. 29.

5       Plaintiff bears the burden of providing accurate and sufficient information to effect

6  service. *See Walker v. Sumner*, 14 F.3d 1415 (9th Cir. 1994); *see also* Fed. R. Civ. P. 4. When a

7  plaintiff fails to provide the court with accurate and sufficient information to effect service of the

8  summons and complaint, it is appropriate for the Court to *sua sponte* dismiss the unserved

9  defendant. *Walker*, 14 F.3d at 1421-22 (quoting *Puett v. Blanford*, 912 F.2d 270, 275 (9th Cir.

10  1990), *abrogated on other grounds by Sandin v. Connor*, 515 U.S. 472 (1995)).

11      Plaintiff is directed to provide Defendant Dunlap's complete address so the Court can

12  again attempt service by mail. These addresses must be provided to the Court on or before

13  February 12, 2021. If Plaintiff is unable to provide the Court with the address of unserved

14  Defendant Dunlap on or before February 12, 2021, the Court will recommend dismissal of

15  Defendant Dunlap from the case without prejudice.

16      Dated this 13th day of January, 2021.

David W. Christel
United States Magistrate Judge