UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENEE BISHOP-MCKEAN, | CASE NO. C20-5416JLR-DWC |
| Plaintiff, | ORDER DENYING OBJECTIONS |
| v. | |
| WASHINGTON DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Before the court is Plaintiff Renee Bishop-McKean's objections (Obj. (Dkt. # 80))

to Magistrate Judge David W. Christel's rulings of her motion to appoint counsel and her

motion for extension of time (*see* 6/15/21 Order (Dkt. # 72)). Specifically, she objects to

the denial of her third motion to appoint counsel (Obj. at 3, 5; 6/15/21 Order at 2-4) and

requests an "extension of a month to a month and a half" (Obj. at 5; 6/15/21 Order at

4-5). But Magistrate Judge Christel granted Ms. Bishop-McKean's request to extend the

discovery cut off date to June 21, 2021—a date that had passed by the time Ms.

Bishop-McKean filed her objections.  (*See* 6/15/21 Order at 4-5; Obj.)  Her objections remain vague and do not state what deadline she seeks to extend.  (*See* Obj. at 5.)  Having considered Ms. Bishop-McKean's objections, Magistrate Judge Christel's rulings, the relevant portions of the record, and the applicable law, the court finds that Magistrate Judge Christel's rulings are not "clearly erroneous or contrary to law."  *See* Fed. R. Civ. P. 72(a) (establishing standard for district court's modification of magistrate judge's order regarding non-dispositive matter); *Grimes v. City & Cnty. of San Francisco*, 951 F.2d 236, 240 (9th Cir. 1991).  Thus, the court DENIES Ms. Bishop-McKean's objections (Dkt. # 80).

The court is aware that this case is still pending and reminds Ms. Bishop-McKean that Magistrate Judge Christel's previous orders denying her various orders remain binding.  Additionally, the court cautions Ms. Bishop-McKean that the remaining deadlines in the Pretrial Scheduling Order are still in effect.  (*See* Sched. Order (Dkt. # 34).)

Dated this 30th day of June, 2021.

JAMES L. ROBART
United States District Judge