UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENEE BISHOP-MCKEAN,<br><br>         Plaintiff,<br><br>   v.<br><br>WASHINGTON DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>         Defendants. | CASE NO. C20-5416JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Plaintiff Renee Bishop-McKean's "objection to [the court's] order adopting [Magistrate Judge David W. Christel's report and recommendation] and notice of appeal." (Obj. (Dkt. # 138); R&R (Dkt. # 136).) Based on the contents of that pleading, it appears that Ms. Bishop-McKean received a copy of the proposed order adopting the report and recommendation and the proposed judgment,

MINUTE ORDER - 1

but not a copy of the report and recommendation itself. (*See generally* Obj. at 1-2 (stating that she received a page titled "[J]udgment" and a page granting "Defendants[']  motion for summary judgment" without any reasoning, but that "there was no report and recommendation given to [her]").) Accordingly, the Clerk provided Ms. Bishop-McKean a copy of the report and recommendation on July 26, 2022. (7/26/22 Letter (Dkt. # 139).)

Because the court has not yet adopted the report and recommendation (*see generally* Dkt.), and because Ms. Bishop-McKean appears to have not timely received the report and recommendation, the court GRANTS Ms. Bishop-McKean additional time to file specific objections to the report and recommendation. Ms. Bishop-McKean shall file her specific objections to the report and recommendation, if any, by August 12, 2022. If Ms. Bishop-McKean declines to do so, the court will construe Ms. Bishop-McKean's filing at docket 138 as a general objection to Magistrate Judge Christel's report and recommendation.

Filed and entered this 1st day of August, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2