UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENEE BISHOP-MCKEAN,<br><br>     Plaintiff,<br><br> v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>     Defendants. | CASE NO. C20-5416JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of *pro se* Plaintiff Renee Bishop-McKean's letter regarding the applicable page limit for objections to report and recommendations.  (Letter (Dkt. # 141).)  In her letter, Ms. Bishop-McKean states that she does not have a copy of the local rules and is unsure what the page limit is for her objections to Magistrate Judge David W. Christel's report and recommendation.  (*Id.*)  Pursuant to the local rules, Ms.

MINUTE ORDER - 1

Bishop-McKean's objections must not exceed 12 pages. *See* Local Rules W.D. Wash. LCR 72 ("Except as otherwise provided by court order or rule, objections to a magistrate judge's order or recommended disposition, or any response thereto, shall not exceed twelve pages."). In accordance with the court's August 1, 2022 minute order (8/1/22 Min. Order (Dkt. # 140) and the local rules, Ms. Bishop-McKean shall file her specific objections to Magistrate Judge Christel's report and recommendation, if any, by August 12, 2022.

Filed and entered this 8th day of August, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2